IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 12-418-5 |
| FRANK THOMPSON : | |

### ORDER

AND NOW, this 4th day of December, 2014, as stated on the record at the November 14, 2014, sentencing hearing in the above-captioned case, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Frank Thompson's objection to his classification in the Presentence Investigation Report as a career offender under the Federal Sentencing Guidelines is OVERRULED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.