**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA. 19106-1797

Date: 5/4/21

**FRANK THOMPSON**
68400-066
MCKEAN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 8000
BRADFORD, PA 16701

In response to your letter requesting the status of your case, according to the docket as of this date, the following has been filed: **12-cr-418-5**

( ) Motion for_____.

( ) Order granted / denied (see attached entry).

( ) Complaint filed on_____.

( ) Summons executed / un-executed (see attached entry).

( ) No legal advice.   Please contact the institution's Law Library

( ) Please contact the Marshals with any questions concerning service.

( ) Enclosed are some forms for your convenience.

( ) For the last entry, please see attached.

( x ) Other: last 3 pages of docket entries are attached.