| | | |
|---|---|---|
| | | KAREEM LONG, NAJEE MURRAY, FRANK THOMPSON, KENNETH PARNELL, LAFAYETTE RAWLS, JAMIE DALES (NATALI, JESSICA) (Entered: 06/02/2017) |
| 06/02/2017 | 620 | ORDER AS TO FRANK THOMPSON THAT THE CLERK OF COURT SHALL PROMPTLY FURNISH PETITIONER WITH A BLANK COPY OF THIS COURT'S CURRENT STANDARD FORM FOR FILING A PETITION UNDER 28:2255, ETC. Signed by HONORABLE JUAN R. SANCHEZ on 6/2/2017.6/2/2017 Entered and Copies Mailed TO PRO SE WITH 2255 FORM, E-Mailed. (ap, ) (Entered: 06/02/2017) |
| 06/19/2017 | 629 | PRO SE MOTION to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 17-cv-2381.) by FRANK THOMPSON. (eibo, ) (Entered: 06/19/2017) |
| 06/26/2017 | 633 | ORDER AS TO FRANK THOMPSON THAT ROCCO C. CIPPARONE, JR., ESQ., FROM THE CJA LIST OF APPROVED ATTORNEYS ON FILE IN THE CLERK'S OFFICE, IS APPOINTED TO REPRESENT DEFENDANT FRANK THOMPSON FOR THE PURPOSE OF LITIGATING THOMPSON'S PRO SE MOTION UNDER 28 U.S.C. SECTION 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE, INCLUDING SUPPLEMENTING THE MOTION, IF WARRANTED, ETC. Signed by HONORABLE JUAN R. SANCHEZ on 6/26/2017. 6/26/2017 Entered and Copies Mailed to Pro Se and E-Mailed. (ems) Modified on 6/27/2017 (ke, ). (Entered: 06/26/2017) |
| 07/10/2017 | 646 | NOTICE OF ATTORNEY APPEARANCE ERIC B. HENSON appearing for USA. (HENSON, ERIC) (Entered: 07/10/2017) |
| 10/19/2017 | 673 | ORDER THAT THE GOVERNMENT SHALL FILE A RESPONSE TO DEFENDEN'S RE 629 PRO SE MOTION to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 17-cv-2381) ON OR BEFORE NOVEMBER 20, 2017. Signed by HONORABLE JUAN R. SANCHEZ on 10/19/17.10/19/17 Entered and Copies Mailed TO PRO SE, E-Mailed. (eibo, ) (Entered: 10/19/2017) |
| 10/20/2017 | | ***Set/Reset Deadlines as to FRANK THOMPSON: RESPONSES DUE BY 11/20/2017. (eibo, ) (Entered: 10/20/2017) |
| 11/20/2017 | 677 | MOTION for Extension of Time to File Response/Reply *and Certificate of Service* by USA as to FRANK THOMPSON. (HENSON, ERIC) (Entered: 11/20/2017) |
| 11/21/2017 | 680 | ORDER THAT THE 677 MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY IS GRANTED AND THE GOVERNMENT SHALL HAVE 30 ADDITIONAL DAYS TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO VACATE, ETC. as to FRANK THOMPSON (5). THE GOVERNMENT'S RESPONSE SHALL BE FILED ON OR BEFORE DECEMBER 20, 2017. Signed by HONORABLE JUAN R. SANCHEZ on 11/21/17.11/21/17 ENTERED AND COPIES E-MAILED. (eibo, ) (Entered: 11/21/2017) |
| 11/21/2017 | | ***Set/Reset Deadlines re Motion in case as to FRANK THOMPSON 629 MOTION to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 17-cv-2381.). RESPONSES DUE BY 12/20/2017. (eibo, ) (Entered: 11/21/2017) |

| Date | | Doc # | Description |
|---|---|---|---|
| 03/16/2018 | | 698 | LETTER Request *to Unseal Transcripts* by FRANK THOMPSON (Attachments: # 1 Text of Proposed Order)(CIPPARONE, ROCCO) Modified on 3/19/2018 (ap, ). (Entered: 03/16/2018) |
| 04/04/2018 | 🔒 | 699 | Minute Entry for proceedings held before HONORABLE JUAN R. SANCHEZ: Telephone Conference as to FRANK THOMPSON held on 4/3/18 Re: Letter Request to Unseal Transcripts (Document 698) (eibo, ) (Entered: 04/04/2018) |
| 04/05/2018 | | 700 | ORDER AS TO FRANK THOMPSON THAT THE COURT IS DIRECTED TO UNSEAL THE TRIAL TRANSCRIPTS, AND TRANSCRIPTS OF ALL RELATED PROCEEDINGS, AND THE SENTENCING HEARING FOR THE LIMITED PURPOSE OF PROVIDING A COPY OF THE TRANSCRIPTS TO COUNSEL FOR DEFENDANT AND IMMEDIATELY RESEAL THE TRANSCRIPTS, ETC. Signed by HONORABLE JUAN R. SANCHEZ on 4/5/18.4/6/18 Entered and Copies E-Mailed. (eibo, ) (Entered: 04/06/2018) |
| 04/26/2018 | | 705 | ORDER AS TO FRANK THOMPSON THAT THE CLERK OF COURT IS DIRECTED TO UNSEAL THE TRIAL TRANSCRIPTS, AND TRANSCRIPTS OF ALL RELATED PROCEEDINGS, OF THE TRIAL HELD BETWEEN MAY 13, 2013 THROUGH MAY 22, 2013 AND THE SENTENCING HEARING HELD ON NOVEMBER 14, 2014 FOR THE LIMITED PURPOSE OF PROVIDING A COPY OF THE TRANSCRIPTS TO COUNSEL FOR DEFENDANT AND TO IMMEDIATELY RESEAL THE TRANSCRIPTS UNLESS AND UNTIL THE COURT DIRECTS OTHERWISE. COUNSEL MAY COMMUNICATE ABOUT THE CONTENT OF THE TRANSCRIPTS WITH HIS CLIENT, BUT MAY NOT PROVIDE COPIES TO DEFENDANT. Signed by HONORABLE JUAN R. SANCHEZ on 4/26/18.4/27/18 Entered and Copies E-Mailed. (eibo, ) (Entered: 04/27/2018) |
| 05/01/2018 | | 706 | CJA 20 APPOINTMENT OF ATTORNEY ROCCO C. CIPPARONE JR for FRANK THOMPSON. Signed by HONORABLE JUAN R. SANCHEZ on 6/26/17.5/1/18 Entered and Copies E-Mailed. (eibo, ) (Entered: 05/01/2018) |
| 06/25/2018 | | 725 | TRANSCRIPT of CONTINUED SENTENCING HEARING as to FRANK THOMPSON held on NOVEMBER 14, 2014 before Judge JUAN R. SANCHEZ. (eibo, ) (Entered: 06/25/2018) |
| 03/29/2019 | 📎 | 729 | Supplemental MOTION to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 17-2381.) by FRANK THOMPSON. (Attachments: # 1 Brief Brief and Appendix)(CIPPARONE, ROCCO) (Entered: 03/29/2019) |
| 04/29/2019 | | 730 | LETTER Request *to authorize release of 11-14-14 sentencing transcript to Frank Thompson* by FRANK THOMPSON (Attachments: # 1 Text of Proposed Order)(CIPPARONE, ROCCO) Modified on 4/30/2019 (ap, ). (Entered: 04/29/2019) |
| 06/17/2019 | | 731 | ORDER AS TO FRANK THOMPSON THAT THE PRIOR ORDERS DATED APRIL 5, 2018 AND APRIL 26, 2018 BE AND ARE HEREBY MODIFIED SUCH THAT COUNSEL FOR MR. THOMPSON MAY PROVIDE TO HIM A COPY OF THE NOVEMBER 14, 2014 SENTENCING HEARING. IN ALL OTHER RESPECTS THE PRIOR |

| | | |
|---|---|---|
| | | ORDERS SHALL REMAIN IN FULL FORCE AND EFFECT. Signed by CHIEF JUDGE JUAN R. SANCHEZ on 6/17/2019. 6/18/2019 Entered and Copies E-Mailed. (ems) (Entered: 06/18/2019) |
| 08/12/2019 | 735 | ORDER AS TO FRANK THOMPSON THAT THE GOVT SHALL FILE A RESPONSE TO DEFT'S PRO SE MOTION UNDER 28:2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (DOC. #629) AND HIS COUNSELED SUPPLEMENTAL MOTION (DOC. #729) ON OR BEFORE 10/11/2019. Signed by CHIEF JUDGE JUAN R. SANCHEZ on 8/12/2019.8/13/2019 Entered and Copies Mailed TO PRO SE and E-Mailed. (tomg, ) (Entered: 08/13/2019) |
| 09/12/2019 | 743 | RESPONSE to Motion by USA as to FRANK THOMPSON re 629 MOTION to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 17-cv-2381.) filed by USA (ZAUZMER, ROBERT) (Entered: 09/12/2019) |
| 03/01/2021 | 785 | NOTICE *of Withdrawal* by USA as to ROBERT LAMAR WHITFIELD, MARLON GRAHAM, KAREEM LONG, NAJEE MURRAY, FRANK THOMPSON, KENNETH PARNELL, LAFAYETTE RAWLS, JAMIE DALES (HENSON, ERIC) (Entered: 03/01/2021) |
| 03/03/2021 | 786 | NOTICE *of Withdrawal* by USA as to ROBERT LAMAR WHITFIELD, MARLON GRAHAM, KAREEM LONG, NAJEE MURRAY, FRANK THOMPSON, KENNETH PARNELL, LAFAYETTE RAWLS, JAMIE DALES (ZAUZMER, ROBERT) (Entered: 03/03/2021) |