IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 12-418-5 |
| v. | : | |
| | : | CIVIL ACTION |
| FRANK THOMPSON | : | NO. 17-2381 |

## **ORDER**

AND NOW, this 5th day of January, 2023, upon consideration of Defendant, Frank Thompson's Motions to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Document Nos. 629, 729), and the Government's Response in Opposition thereto, it is hereby ORDERED the Motions are DENIED for the reasons outlined in the accompanying Memorandum Opinion.

IT IS FURTHER ORDERED that no Certificate of Appealability shall issue.

BY THE COURT:

/s/ Juan R. Sánchez

_____

Juan R. Sánchez,     C.J.